UNITED STATES DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA    2015 FEB -4  AM 8: 52
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 4:14-cr-774 |
| ) | |
| vs. ) | **ORDER OF JUDICIAL REMOVAL** |
| ) | |
| ESTER CARMEL a.k.a. ETI L CA, ) | |
| Defendant ) | |

Upon application of the United States and upon receipt of the Stipulated Request for Judicial Removal of the defendant; and based upon all prior proceedings and submissions in this matter and full consideration having been given to the matters set forth therein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Israel and a citizen of Israel.

3. The defendant illegally reentered the United States and was found in Horry County, South Carolina, on or about October 27, 2014.

4. At the time of sentencing in the criminal proceeding, the defendant will be convicted in U.S. District Court, Florence, South Carolina for the offence of Social Security Fraud in violation of Title 42, United States Code, Section 408(a)(7)(B).

5. A maximum sentence of five (5) years, a maximum fine of $250,000.00, supervised release of three (3) years and a special assessment of $100.00 may be imposed for this offense.

6. Prior to sentencing, the defendant is removable pursuant to Title 8, United States Code, Section 1231(a)(5), in that the defendant illegally reentered the

United States after having been previously removed from the United States under an order of removal dated April 24, 2011.

7. At the time of sentencing, in addition to the charge outlined in paragraph 6, the defendant will be subject to removal pursuant to Title 8, United States Code, Sections 1227(a)(2)(A)(i)(I) and 1227(a)(2)(A)(i)(II) as an alien who has been convicted of a crime involving moral turpitude committed within five years after the date of admission and for which a sentence of one (1) year or longer may be imposed. Additionally, the defendant will be subject to removal under Title 8, United States Code, Section 1227(a)(3)(D)(i) as an alien who falsely represents, or has falsely represented, herself to be a citizen of the United States for any purpose or benefit under this chapter (including section 1324a of this title) or any Federal or State law is deportable. The defendant misused a social security card and falsely represented herself as a citizen of the United States pursuant to violating Title 42, United States Code, Section 408(a)(7)(B).

8. The defendant has waived any and all forms of relief from removal.

9. The defendant has designated the country of Israel for removal.

WHEREFORE, IT IS HEREBY ORDERED pursuant to Title 8, United States Code, Section 1228(c)(5) that the defendant shall be removed from the United States, and that the defendant be ordered removed to Israel. Once the removal of the defendant from the United States is complete the Court is to be notified of the defendant's removal.

IT IS SO ORDERED this 3rd day of February, 2015.

Bruce Howe Hendricks
United States District Judge